**Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00971-CR
NO. 14-12-01011-CR
_____

**FRANKIE RAYSHAWN HILL-TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause Nos. 10-DCR-056063 & 10-DCR-056064**

## ORDER

Appellant was convicted by a jury of murder in appellate cause number 14-12-00971-CR, and aggravated robbery in appellate cause number 14-12-01011-CR. Appellant filed a brief on July 29, 2013, in which his sole issue contends the evidence is insufficient to support the jury's implicit rejection that appellant acted in self defense when he shot the complainants.

The record reflects that the court did not instruct the jury on self-defense in

the aggravated robbery case as it did in the murder case. Appellant has not raised a separate issue challenging his conviction for aggravated robbery in cause number 14-12-01011-CR. Counsel's failure to raise any issues addressing the aggravated robbery conviction without following the procedures of *Anders v. California*, 386 U.S. 738, 742–44 (1967) deprives appellant of effective assistance of counsel.

To provide appellant with the effective assistance of counsel on appeal, it is ORDERED that appellant's counsel, Mandy Miller, file an amended brief in compliance with the appellate rules and the *Anders* procedure in this court on or before February 14, 2014.

PER CURIAM